UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MASTERFILE CORPORATION v. LYONS

Civil 10-1484 (SRC)

------------------------------

Order
Pursuant to F.R. Civ. P.4(m)

    It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and reasons by the Court stated on the record and good cause having not been shown as to why this action should not be dismissed,

    It is on this 31ST Day of August 2010

    O R D E R E D  that the above captioned action be and is hereby dismissed, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

s/ STANLEY R. CHESLER,
United States District Court Judge